# United States District Court Violation Notice

**CVB Location Code:** EV-17

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7088327 | Mason, Shawn | M5418 |

7088327

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 02/10/17 1240 | 18 USC 1382 |

**Place of Offense:** Carpenter Rd & Mckinley Dr, Fort Myer, VA 22211

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Criminal Tresspassing

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Jia | Vue | |

[defendant information redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 401 Courthouse Sq, Alexandria, VA 22314

**Date:** 11/20/2017
**Time:** 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN OCT 19, 2017 14:32

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **October 2nd**, 20**17** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

I responded to Carpenter Rd at the intersection of Mckinley Dr for a call that two individuals jumped the wall from Arlington National Cemetery on to Fort Myer. Upon arriving on scene a service member was standing with two individuals who he said jumped the wall. I identified them as Tianrong Jiang and Vue Jia. They stated their GPS told them to use that route. I asked if they saw the NO TRESPASSING signs that were posted approximately every 20 meters. They stated they did not. All information on the face of this notice is incorporated by reference herein.

The foregoing statement is based upon:
- ☐ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **10/02/2017**    [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN OCT 19, 2017 14:32